### JACOBY v. PLATT.

(Supreme Court, Appellate Term. June 26, 1905.)

CARRIAGE OF GOODS—INJURY TO GOODS—LIABILITY.

An express company receiving for delivery in good condition a lady's hat packed in a paper box and in 10 days delivering it to the consignee in a condition indicating that it had been trampled on, and thereby ruined, is liable for the loss sustained.

Appeal from Municipal Court, Borough of Manhattan, Eleventh District.

Action by Martha Jacoby against Thomas C. Platt, president of the United States Express Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before SCOTT, P. J., and DUGRO and MacLEAN, JJ.

Boardman, Platt & Soley, for appellant.

Manton Marks, for respondent.

PER CURIAM. A lady having to return a hat from New York to the plaintiff, a milliner, in Newark, eight miles away, delivered it to one Bumford, a local expressman, who in turn delivered it in good order to the joint-stock association doing business under the style of United States Express Company, which in its receipt forefended liability for loss or damage unless proven "to have occurred from the * * * gross negligence of said company or their servants." Uncontradictedly the hat was sent in a pasteboard box, familiar enough, packed therein with tissue paper, wrapped on the outside with paper, and when the express company delivered the parcel, after a delay of 10 days, it was as if it had been trampled upon, and the hat was ruined. Thus the plaintiff's case was proven, and her judgment should not be disturbed.

Judgment affirmed, with costs.